UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEPHEN LYNCH MURRAY,
    Plaintiff,

v.                                    Case No.: 1:23cv187/AW/ZCB

OFFICIAL CAPACITY OF THE
GOVERNOR OF FLORIDA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed this *pro se* action on July 17, 2023. (Doc. 1). On July 18, 2023, the Court struck the complaint as violative of the Local Rules. (Doc. 6). The Court also ordered Plaintiff to file an amended complaint that complied with the Local Rules within twenty-one days. (*Id.*). The Court directed the Clerk of Court to send Plaintiff the complaint form and notified Plaintiff that his failure to comply with an order of the Court would result in a recommendation of dismissal. (*Id.* at 3).

Plaintiff did not file an amended complaint by the deadline.[1] Therefore, on August 28, 2023, the Court issued an order giving Plaintiff fourteen days to show

---

[1] It appears the Court's order was initially mailed to an incorrect address. (Doc. 7). The order was returned as undeliverable, and the Clerk of Court then sent it to the correct address. (*Id.*). The Court gave Plaintiff extra time to comply with the order directing him to file an amended complaint before issuing an order to show cause to

1

cause why this case should not be dismissed for his failure to comply with a Court order. (Doc. 8). The Court notified Plaintiff that his failure to show cause would result in a recommendation of dismissal. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court. *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914 (11th Cir. 2018) (affirming dismissal where the plaintiff failed to file an amended complaint as ordered by the district court).

At Pensacola, Florida, this 18th day of September 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and**

---

account for any delay associated with initially sending the order to the wrong address.

**recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**