IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEPHEN LYNCH MURRAY,

    **Plaintiff,**

v.                                                     Case No. 1:23-cv-187-AW-ZCB

OFFICIAL CAPACITY OF THE
GOVERNOR OF FLORIDA, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation (ECF No. 9), to which there has been no objection. It appears that Plaintiff has abandoned this case. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for Plaintiff's failure to comply with a court order." The clerk will then close the file.

SO ORDERED on October 18, 2023.

                                                      s/ *Allen Winsor*
                                                      United States District Judge